UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO VARGAS GARCIA,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>M.D. McDONALD, WARDEN,<br><br>　　　　　Respondent. | CASE NO. CV 09-01151 CBM (RZ)<br><br>ORDER:<br>(1) OVERRULING PETITIONER'S OBJECTIONS TO THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE; AND<br>(2) ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, this Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has reviewed *de novo* those portions of the Report to which Petitioner has objected.

　　　　Petitioner's Objections to the Report and Recommendation of the United States Magistrate Judge are without merit and do not demonstrate an entitlement to habeas relief

//
//

- 2 -

based on clearly established federal law. Accordingly, this Court hereby: (1) **OVERRULES** Petitioner's Objections to the Report and Recommendation of the United States Magistrate Judge; and (2) **ACCEPTS** the findings and recommendations of the Magistrate Judge.

DATED:
11/6/09

                                                    CONSUELO B. MARSHALL
                                        SENIOR UNITED STATES DISTRICT JUDGE