O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HUGO VARGAS GARCIA,                        )         CASE NO. CV 09-01151 CBM (RZ)
                                           )
                          Petitioner,      )
                                           )         JUDGMENT
            vs.                            )
                                           )
M.D. McDONALD, WARDEN,                     )
                                           )
                          Respondent.      )
_____   )

        This matter came before the Court on the Petition of HUGO VARGAS

GARCIA, for a writ of habeas corpus.  Having reviewed the Petition and supporting

papers, and having accepted the findings and recommendation of the United States

Magistrate Judge,

        IT IS ORDERED AND ADJUDGED that the Petition is denied and the action

is dismissed with prejudice.

DATED: 11/6/09

                                           _____
                                                   CONSUELO B. MARSHALL
                                             SENIOR UNITED STATES DISTRICT JUDGE